UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PETER WARMERDAM, | Civ. No. 2:25-cv-1457 WBS AC |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| WALDEN SECURITY et al., | |
| Defendants. | |

----oo0oo----

      The undersigned hereby recuses himself as the judge to whom this case is assigned.

      IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

      IT IS SO ORDERED.

Dated: October 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1