UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WARMERDAM, Plaintiff, vs. WALDEN SECURITY, et al, Defendants. | CASE NO. 2:25-cv-01457-KES-FJS<br><br>ORDER SETTING STATUS CONFERENCE |

On August 4, 2026, the parties filed a stipulation to amend the scheduling order. (ECF No. 23.) The stipulation requested extending the deadlines for discovery, expert disclosures, and for dispositive motions. (ECF No. 23.) The stipulation mistakenly states that the pretrial conference and trial dates have not been set. (ECF No. 23 at 2.) Given the proposed deadlines and the current dates for the pretrial conference and trial, the court finds it appropriate to set a status conference to discuss the proposed deadlines.

Accordingly, it is HEREBY ORDERED as follows:

1. A status conference is set for August 13, 2026, at 9:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

2. No report by the parties is required for this conference; and

3. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **August 5, 2026**

UNITED STATES MAGISTRATE JUDGE